UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GERLACH,<br><br>        Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>        Defendants. | No.  2: 15-cv-2376 KJN P<br><br><br>ORDER |

Plaintiff is proceeding, without counsel, with this civil rights action pursuant to 42 U.S.C. § 1983.  At the time plaintiff filed this action, he was housed at the Sacramento County Jail. Records from the jail indicate that plaintiff has been released from jail custody.  Plaintiff did not, however, filed a notice of change of address.

Accordingly, IT IS HEREBY ORDERED that within fifteen days of the date of this order, plaintiff shall file a notice of change of address; failure to respond to this order will result in dismissal of this action.

Dated:  December 23, 2016

Ger2376.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1